IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN SMITH,

Plaintiff,

vs.

SUZANNE ADAMS, ARLENE BLUTH, ROWAN WILSON, VANESSA FANG, EVERETT HOPKINS, HECTOR LASALLE, STUART SLOTNICK, WAVNY TOUSSAINT, DIANNE T. RENWICK, KEVIN MCCLANAHAN, JULIA HERNANDEZ, JOY CAMPANELLI, TANYA FAYE, JOSEPH W. BELLUCK, MICHAEL ROSENTHAL, JAMAAL T. BAILEY, GENINE EDWARDS, CARMEN A. PACHECO, MICHAEL GIANARIS, JACK M. MARTINS, and BRIAN GOTLIEB,

Defendants.

**8:26CV413**

**MEMORANDUM AND ORDER**

On August 26, 2026, the Court ordered Plaintiff to update his address with the Court within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 29th day of September, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court